**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | 1 Cell Bio Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 47-4719209 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **200 Dexter Avenue** **Watertown, MA 02472** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex** County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | 1 Cell Bio Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3325__

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).**

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

| Debtor | 1 Cell Bio Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **1 Cell Bio Inc.**                                                      Case number (*if known*)
          Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 29 / 2021
             MM / DD / YYYY

X _____          **Colin J.H. Brenan**
Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**

X _____          Date  02 / 03 / 2021
Signature of attorney for debtor                         MM / DD / YYYY

**Gary W. Cruickshank BBO107600**
Printed name

**Gary W. Cruickshank**
Firm name

**21 Custom House Street**
**Suite 920**
**Boston, MA 02110**
Number, Street, City, State & ZIP Code

Contact phone    **617-330-1960**    Email address    **gwc@cruickshank-law.com**

**BBO107600 MA**
Bar number and State

---

## CONSENT OF DIRECTORS

The undersigned, being the directors of 1 CELL BIO, INC., (hereinafter the "Corporation ") pursuant to the provisions of the Laws of the State of Delaware and the By-Laws of this Corporation, hereby consent to the following actions and adopt the following votes and direct that this writing be placed with the records of the meetings of directors of the Corporation and to be treated for all purposes as votes taken at meeting:

VOTED:  That the President is hereby authorized and empowered to execute and file a petition under Chapter 7 of the Bankruptcy Code on behalf of this Corporation, and to execute any and all documents necessary to proceed with a Chapter 7 case; and

VOTED:  That Gary W. Cruickshank be hereby retained as Counsel to represent this Corporation in all proceedings which may be commenced under or as a result of these votes.

We further certify that the following person now holds office as President of the Corporation:

PRESIDENT          Colin J.H. Brenan

IN WITNESS WHEREOF, the undersigned, being the directors of the Corporation, have hereunto set our hand and seal.

Dated: 2/1/2021

_____
Colin J.H. Brenan

Dated: _____

_____
David A. Weitz

## CONSENT OF DIRECTORS

The undersigned, being the directors of 1 CELL BIO, INC., (hereinafter the "Corporation ") pursuant to the provisions of the Laws of the State of Delaware and the By-Laws of this Corporation, hereby consent to the following actions and adopt the following votes and direct that this writing be placed with the records of the meetings of directors of the Corporation and to be treated for all purposes as votes taken at meeting:

VOTED:  That the President is hereby authorized and empowered to execute and file a petition under Chapter 7 of the Bankruptcy Code on behalf of this Corporation, and to execute any and all documents necessary to proceed with a Chapter 7 case; and

VOTED:  That Gary W. Cruickshank be hereby retained as Counsel to represent this Corporation in all proceedings which may be commenced under or as a result of these votes.

We further certify that the following person now holds office as President of the Corporation:

PRESIDENT          Colin J.H. Brenan

IN WITNESS WHEREOF, the undersigned, being the directors of the Corporation, have hereunto set our hand and seal.

Dated: _____

_____
Colin J.H. Brenan

Dated: Feb. 1, 2021

_____
David A. Weitz

## OFFICERS CERTIFICATE

I, Colin J.H. Brenan, hereby certify that I am the duly elected and qualified President of 1 CELL BIO, INC. (hereinafter the "Corporation") a Delaware Corporation, that I am also a director of this Corporation, and that at a Special Meeting held this day, the following resolution was unanimously passed:

VOTED: That the President is hereby authorized and empowered to execute and authorize the filing of a Petition under Chapter 7 of the United States Bankruptcy Code on behalf of the within Corporation and said President is further authorized to execute any and all documents necessary to authorize the filing and to proceed with a Chapter 7 case; and

VOTED: That Gary W. Cruickshank be hereby retained as Counsel to represent this Corporation in all proceedings which may commenced under or as a result of these votes.

_____
Colin J.H. Brenan

## CONSENT OF SHAREHOLDERS

The undersigned, being the Series A Shareholders of 1 CELL BIO, INC., (hereinafter the "Corporation ") pursuant to the provisions of the Laws of the State of Delaware and the By-Laws of this Corporation, hereby consent to the following actions and adopt the following votes and direct that this writing be placed with the records of the meetings of shareholders of the Corporation and to be treated for all purposes as votes taken at meeting:

VOTED:  That the President is hereby authorized and empowered to execute and authorize the filing of a petition under Chapter 7 of the Bankruptcy Code on behalf of this Corporation, and to execute any and all documents necessary to proceed with a Chapter 7 case; and

VOTED:  That Gary W. Cruickshank be hereby retained as Counsel to represent this Corporation in all proceedings which may be commenced under or as a result of these votes.

We further certify that the following person now holds office as President of the Corporation:

PRESIDENT              Colin J.H. Brenan

IN WITNESS WHEREOF, the undersigned, being the Series A Shareholders of the Corporation, have hereunto set our hand and seal.

Dated: 2/1/2021

_____
Representative of CB Bioventures, LLC

Dated: Feb. 1, 2021

_____
Representative of Dew Drop
Investments LLC

Dated: _____

_____
Representative of Modef BV

**CONSENT OF SHAREHOLDERS**

The undersigned, being the Series A Shareholders of 1 CELL BIO, INC., (hereinafter the "Corporation ") pursuant to the provisions of the Laws of the State of Delaware and the By-Laws of this Corporation, hereby consent to the following actions and adopt the following votes and direct that this writing be placed with the records of the meetings of shareholders of the Corporation and to be treated for all purposes as votes taken at meeting:

VOTED: That the President is hereby authorized and empowered to execute and authorize the filing of a petition under Chapter 7 of the Bankruptcy Code on behalf of this Corporation, and to execute any and all documents necessary to proceed with a Chapter 7 case; and

VOTED: That Gary W. Cruickshank be hereby retained as Counsel to represent this Corporation in all proceedings which may be commenced under or as a result of these votes.

We further certify that the following person now holds office as President of the Corporation:

PRESIDENT          Colin J.H. Brenan

IN WITNESS WHEREOF, the undersigned, being the Series A Shareholders of the Corporation, have hereunto set our hand and seal.

Dated: _____          _____
                              Representative of CB Bioventures, LLC

Dated: _____          _____
                              Representative of Dew Drop
                              Investments LLC

Dated: Feb 2nd, 2021          _____
                              Repr              def BV

Dated: _____1/30/21_____

_____
Representative of Anubis Fund, LLC


Dated: _____

_____
Representative of Weis Global LLC


Dated: _____

_____
Representative of Adena Partners LLC


Dated: _____

_____
David A. Weitz


Dated: _____

_____
Allon Klein


Dated: _____

_____
Marc Kirschner


Dated: _____

_____
Bradley Bernstein

Dated: _____

_____
Representative of Anubis Fund, LLC


Dated: _February 1, 2021_

_____
Representative of Weis Global LLC


Dated: _____

_____
Representative of Adena Partners LLC


Dated: _____

_____
David A. Weitz


Dated: _____

_____
Allon Klein


Dated: _____

_____
Marc Kirschner


Dated: _____

_____
Bradley Bernstein

Dated: _____

_____
Representative of Anubis Fund, LLC


Dated: _____

_____
Representative of Weis Global LLC


Dated: February 1, 2021

_____
Representative of Adena Partners I, L.P.


Dated: _____

_____
David A. Weitz


Dated: _____

_____
Allon Klein


Dated: _____

_____
Marc Kirschner


Dated: _____

_____
Bradley Bernstein

Dated: _____                 _____
                                      Representative of Anubis Fund, LLC


Dated: _____                 _____
                                      Representative of Weis Global LLC


Dated: _____                 _____
                                      Representative of Adena Partners LLC


Dated: *Feb. 1, 2021*                 *David Weitz*
                                      David A. Weitz


Dated: _____                 _____
                                      Allon Klein


Dated: _____                 _____
                                      Marc Kirschner


Dated: _____                 _____
                                      Bradley Bernstein

Dated: _____

_____
Representative of Anubis Fund, LLC

Dated: _____

_____
Representative of Weis Global LLC

Dated: _____

_____
Representative of Adena Partners LLC

Dated: _____

_____
David A. Weitz

Dated: January 29, 2021

_____
Aron Klein

Dated: _____

_____
Marc Kirschner

Dated: _____

_____
Bradley Bernstein

Dated: _____

_____
Representative of Anubis Fund, LLC


Dated: _____

_____
Representative of Weis Global LLC


Dated: _____

_____
Representative of Adena Partners I LP


Dated: _____

_____
David A. Weitz


Dated: _____

_____
Allon Klein


Dated: __2/1/2021__

_____
Marc Kirschner


Dated: _____

_____
Bradley Bernstein

Dated: _____

_____
Representative of Anubis Fund, LLC

Dated: _____

_____
Representative of Weis Global LLC

Dated: _____

_____
Representative of Adena Partners I LP

Dated: _____

_____
David A. Weitz

Dated: _____

_____
Allon Klein

Dated: _____

_____
Marc Kirschner

Dated: 2/2/21

_____
Bradley Bernstein

Dated: 30 Jan 2021

Ben Bronstein

Dated: _____

Mike Kopczynski

Dated: _____

Adam Mostafa

Dated: _____          _____
                              Ben Bronstein

Dated: 1 FEB 2021             _____
                              Mike Kopczynski

Dated: _____          _____
                              Adam Mostafa

Dated: _____          _____
                             Ben Bronstein


Dated: _____          _____
                             Mike Kopczynski


Dated: 1/31/21              _____
                             Adam Mostafa