| | |
|---|---|
| The Honorable: | CHRISTOPHER J. PANOS |
| Chapter 7 | |
| Location: | |
| Hearing Date: | |
| Hearing Time: | |
| Response Date: | |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: 1 CELL BIO INC.    § Case No. 21-10179-CJP
§
§
§

Debtor(s)

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/16/2021. The undersigned trustee was appointed on 02/17/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $     83,358.24

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 39.21 |
| Bank service fees | 991.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $     82,327.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 04/27/2021 and the deadline for filing governmental claims was 08/16/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,417.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/05/2021　　　　　　　By: /s/ Joseph G. Butler
　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 21-10179-CJP
Case Name: 1 CELL BIO INC.
For Period Ending: 11/05/2021

Trustee Name: (410410) Joseph G. Butler
Date Filed (f) or Converted (c): 02/16/2021 (f)
§ 341(a) Meeting Date: 03/25/2021
Claims Bar Date: 04/27/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | savings Account at Bank of America - balance as of 2/22/21, xxxxxx6443 | 470.27 | 470.27 | | 470.27 | FA |
| 2 | checking Account at Bank of America - balance as of 2/22/21, xxxxxx1845 | 81,680.85 | 81,680.85 | | 81,623.36 | FA |
| 3 | A/R 90 days old or less. Face amount = $83,899.75. Doubtful/Uncollectible accounts = $0.00. | 83,899.75 | 83,899.75 | | 0.00 | FA |
| 4 | US patent application PCT/EP2018/079181; sublicense 1: Bio-Rad Laboratories. | Unknown | Unknown | | 0.00 | FA |
| 5 | Harvard license 2215; sublicense 1: Bio-Rad Laboratories. | Unknown | Unknown | | 0.00 | FA |
| 6 | US patent application PCT/US2020/020321; Sublicense 1: Bio-Rad Laboratories. | Unknown | Unknown | | 0.00 | FA |
| 7 | Harvard license 2915; sublicense 1: Bio-Rad Laboratories; sublicense 2: HiFiBiO Therapeutics Ltd.. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | NOL - negative value (-3,591,805.00), Tax Year 2017-2019 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Directors and Officers insurance policies | 7,451.00 | 7,451.00 | | 0.00 | FA |
| 10 | 1 Cell Bio Inc., Harvard University v. 10X Genomics. Amount Requested: $0.00 | Unknown | Unknown | | 0.00 | FA |
| 11 | OTHER PROPERTY, Refunds (u) | 0.00 | 1,264.61 | | 1,264.61 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$173,501.87** | **$174,766.48** | | **$83,358.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 11/12/2021        **Current Projected Date Of Final Report (TFR):** 11/12/2021

UST Form 101-7-TFR (5/1/2011)

Form 2 — Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 21-10179-CJP | Trustee Name: | Joseph G. Butler (410410) |
|---|---|---|---|
| Case Name: | 1 CELL BIO INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9209 | Account #: | ******3021 Checking |
| For Period Ending: | 11/05/2021 | Blanket Bond (per case limit): | $40,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/21 |  | 1 CELL BIO INC. | Bank accounts |  | 82,093.63 |  | 82,093.63 |
|  | {1} |  | Savings account  $470.27 | 1129-000 |  |  |  |
|  | {2} |  | Checking Account  $81,623.36 | 1129-000 |  |  |  |
| 03/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 57.01 | 82,036.62 |
| 04/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 131.48 | 81,905.14 |
| 05/28/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 122.51 | 81,782.63 |
| 06/03/21 | {11} | American Express Travel Related Services | Refund, account ending 91006 | 1229-000 | 917.73 |  | 82,700.36 |
| 06/03/21 | {11} | NStar Electric East dba Eversource Energy | Reund, Account ending 20081 | 1229-000 | 346.88 |  | 83,047.24 |
| 06/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 145.93 | 82,901.31 |
| 07/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 132.86 | 82,768.45 |
| 08/09/21 | 101 | International Sureties, Ltd. | Bond no 016227841 | 2300-000 |  | 39.21 | 82,729.24 |
| 08/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 141.45 | 82,587.79 |
| 09/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 132.36 | 82,455.43 |
| 10/29/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 127.74 | 82,327.69 |
|  |  | COLUMN TOTALS |  |  | 83,358.24 | 1,030.55 | $82,327.69 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 0.00 |  |
|  |  | Subtotal |  |  | 83,358.24 | 1,030.55 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | NET Receipts / Disbursements |  |  | $83,358.24 | $1,030.55 |  |

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-10179-CJP | **Trustee Name:** | Joseph G. Butler (410410) |
| **Case Name:** | 1 CELL BIO INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9209 | **Account #:** | ******3021 Checking |
| **For Period Ending:** | 11/05/2021 | **Blanket Bond (per case limit):** | $40,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $83,358.24 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $83,358.24 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3021 Checking | $83,358.24 | $1,030.55 | $82,327.69 |
| | **$83,358.24** | **$1,030.55** | **$82,327.69** |

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

**Case:** 21-10179-CJP          **1 CELL BIO INC.**

Claims Bar Date: 04/27/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | U.S. Small Business Administration Denver Finance Center 721 19th Street Denver, CO 80202 <4210-000 Personal Property & Intangibles - Consensual Liens> , 100 | Secured 06/28/21 | | $153,344.18 $153,344.18 | $0.00 | $153,344.18 |
| FEE | Joseph G. Butler 355 Providence Highway Westwood, MA 02090 <2100-000 Trustee Compensation> , 200 | Administrative 08/11/21 | | $7,417.91 $7,417.91 | $0.00 | $7,417.91 |
| 3P | Massachusetts Department of Revenue Bankruptcy Unit P O Box 9564 Boston, MA 02114 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 03/23/21 | | $1,527.23 $1,527.23 | $0.00 | $1,527.23 |
| | Ademtech SA BioParc BIOGALIEN, Bate leretage 27 Allee Charles Darwin, 33600 Pessac Fr, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Berlin CH Kilger Anwaltspartnerschaft mbB, Fasanenstr, 29 10719, Berlin Germany, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Bio-Rad Laboratories Inc. 1000 Alfred Nobel Drive Attn: Norm Hercules, CA 94547 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 2

# Exhibit C

## Analysis of Claims Register

**Case:** 21-10179-CJP          **1 CELL BIO INC.**

Claims Bar Date: 04/27/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Colin Brenan<br>19 Jersey Street<br>Marblehead, MA 01945<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Colin Brenan<br>19 Jersey Street<br>Marblehead, MA 01945<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Dew Drop Investments 213 Green Road Attn: David Weitz<br>Bolton, MA 01740<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Duane Morris, LLP 100 High Street, Suite 2400 Attn: Rosemary<br>Boston, MA 02110<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | FlowJem PO Box 1422 Attn: Accounts receivable<br>Toronto Canada M5TOA1,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Harvard University Office of Technology Smith Campus Center,<br>Cambridge, MA 02138<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | HiFiBIO Therapeutics, Inc. 237 Putnam Avenue Attn: Jeff He<br>Cambridge, MA 02139<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

**Case:** 21-10179-CJP         **1 CELL BIO INC.**

Claims Bar Date: 04/27/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Insource Services 148 Linden Street Attn: Accounts Receivabl Wellesley, MA 02482 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Kevin Scanlon 152 Dodge Hall, Northeastern University 360 Huntington Avenue Boston, MA 02115 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Mercury Business Services 61 Batterymarch Street Attn: Accou Boston, MA 02110 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Mike Kopczynski 12 Canterbury Road Stow, MA 01775 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Modef BV van Maerlantpark13 2902 BR Capelle aanden IJssel At the Netherlands, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Murphy & King P.C. 1 Beacon Street 21st Floor Attn: Steven V Boston, MA 02108 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 02/26/21 | | $0.00 $0.00 | $0.00 | $0.00 |

Page: 4

# Exhibit C

## Analysis of Claims Register

**Case:** 21-10179-CJP    **1 CELL BIO INC.**

Claims Bar Date: 04/27/21

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid<br>to Date | Claim<br>Balance |
|---|---|---|---|---|---|---|
|  | One Digital Health 200 Galleria Parkway SE Suite 1950 Attn:<br>Atlanta, GA 30339<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/26/21 |  | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | Murphy & King, Professional Corporation One Beacon Street<br>Boston, MA 02108<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/05/21 |  | $4,034.21<br>$4,034.21 | $0.00 | $4,034.21 |
| 2 | Duane Morris LLP<br>Attn: James J. Holman, Esq.<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/09/21 |  | $2,752,868.11<br>$2,752,868.11 | $0.00 | $2,752,868.11 |
| 3U | Massachusetts Department of Revenue Bankruptcy Unit<br>P O Box 9564<br>Boston, MA 02114<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>03/23/21 |  | $606.10<br>$606.10 | $0.00 | $606.10 |
| 3su | Massachusetts Department of Revenue Bankruptcy Unit<br>P O Box 9564<br>Boston, MA 02114<br><7300-000 Section 726(a)(4) Fines, Penalties><br>, 630 | Unsecured<br>03/23/21 |  | $647.52<br>$647.52 | $0.00 | $647.52 |
| 4 | Michael Kopczynski<br>12 Canterbury Road<br>Stow, MA 01775-1110<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/02/21 |  | $235,666.00<br>$235,666.00 | $0.00 | $235,666.00 |

# Exhibit C

## Analysis of Claims Register

**Case:** 21-10179-CJP            **1 CELL BIO INC.**

Claims Bar Date: 04/27/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Colin Brenan<br>19 Jersey Street<br>Marblehead, MA 01945<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/03/21 | | $150,893.00<br>$150,893.00 | $0.00 | $150,893.00 |
| 6 | HiFiBio (HK) Limited<br>237 Putnam Avenue<br>Cambridge, MA 02139<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/15/21 | | $107,210.26<br>$107,210.26 | $0.00 | $107,210.26 |
| 7 | Dew Drop Investments<br>213 Green Road<br>Attn: David Weitz<br>Bolton, MA 01740<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/23/21 | | $75,122.00<br>$75,122.00 | $0.00 | $75,122.00 |
| 8 | Kevin Scanlon<br>287 Marlborough Street<br>Unit 1A<br>Boston , MA 02116<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/23/21 | | $24,500.00<br>$24,500.00 | $0.00 | $24,500.00 |
| 9 | President & Fellows of Harvard College<br>Office of the General Counsel, Harvard University<br>1350 Massachusetts Avenue, Suite 727E,<br>Attn:John McDonnell<br>Cambridge, MA 02138<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/27/21 | | $1,539,885.16<br>$1,539,885.16 | $0.00 | $1,539,885.16 |
| 10 | 10x Genomics, Inc.<br>Eric S. Whitaker<br>6230 Stoneridge Mall Road<br>Pleasonton, CA 94558<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/27/21 | | $0.00<br>$0.00 | $0.00 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

Page: 6

# Exhibit C

## Analysis of Claims Register

**Case: 21-10179-CJP**            **1 CELL BIO INC.**

Claims Bar Date: 04/27/21

**Case Total:**      **$0.00**     **$5,053,721.68**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-10179-CJP
Case Name: 1 CELL BIO INC.
Trustee Name: Joseph G. Butler

**Balance on hand:** $ 82,327.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | U.S. Small Business Administration | 153,344.18 | 153,344.18 | 0.00 | 82,327.69 |

Total to be paid to secured creditors: $ 82,327.69
Remaining balance: $ 0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Joseph G. Butler | 7,417.91 | 0.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 0.00
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,527.23 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Massachusetts Department of Revenue | 1,527.23 | 0.00 | 0.00 |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,890,784.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Murphy & King, Professional Corporation | 4,034.21 | 0.00 | 0.00 |
| 2 | Duane Morris LLP | 2,752,868.11 | 0.00 | 0.00 |
| 3U | Massachusetts Department of Revenue | 606.10 | 0.00 | 0.00 |
| 4 | Michael Kopczynski | 235,666.00 | 0.00 | 0.00 |
| 5 | Colin Brenan | 150,893.00 | 0.00 | 0.00 |
| 6 | HiFiBio (HK) Limited | 107,210.26 | 0.00 | 0.00 |
| 7 | Dew Drop Investments | 75,122.00 | 0.00 | 0.00 |
| 8 | Kevin Scanlon | 24,500.00 | 0.00 | 0.00 |
| 9 | President & Fellows of Harvard College | 1,539,885.16 | 0.00 | 0.00 |
| 10 | 10x Genomics, Inc. | 0.00 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $647.52 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3su | Massachusetts Department of Revenue | 647.52 | 0.00 | 0.00 |

|  |  |
|---:|---:|
| Total to be paid for subordinated claims: $ | 0.00 |
| Remaining balance: $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**