| | |
|---|---|
| The Honorable: | CHRISTOPHER J. PANOS |
| Chapter 7 | |
| Location: | |
| Hearing Date: | |
| Hearing Time: | |
| Response Date: | |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: 1 CELL BIO INC.                    §    Case No. 21-10179-PJC
                                          §
                                          §
                                          §
           Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Joseph G. Butler, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $91,350.75 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $82,327.69 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $1,030.55 | | |

    3) Total gross receipts of $83,358.24 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $83,358.24 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $153,344.18 | $153,344.18 | $82,327.69 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,448.46 | $8,448.46 | $1,030.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $1,527.23 | $1,527.23 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,568,296.00 | $4,891,432.36 | $4,891,432.36 | $0.00 |
| **TOTAL DISBURSEMENTS** | $3,568,296.00 | $5,054,752.23 | $5,054,752.23 | $83,358.24 |

4) This case was originally filed under chapter 7 on 02/16/2021. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2022          By: /s/ Joseph G. Butler
                                        Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking Account at Bank of America - balance as of 2/22/21, xxxxxx1845 | 1129-000 | $81,623.36 |
| savings Account at Bank of America - balance as of 2/22/21, xxxxxx6443 | 1129-000 | $470.27 |
| OTHER PROPERTY, Refunds | 1229-000 | $1,264.61 |
| **TOTAL GROSS RECEIPTS** | | **$83,358.24** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | U.S. Small Business Administration | 4210-000 | NA | $153,344.18 | $153,344.18 | $82,327.69 |
| | **TOTAL SECURED** | | **$0.00** | **$153,344.18** | **$153,344.18** | **$82,327.69** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Joseph G. Butler | 2100-000 | NA | $7,417.91 | $7,417.91 | $0.00 |
| Bond Payments - BOND | 2300-000 | NA | $39.21 | $39.21 | $39.21 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $991.34 | $991.34 | $991.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,448.46 | $8,448.46 | $1,030.55 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Massachusetts Department of Revenue | 5800-000 | NA | $1,527.23 | $1,527.23 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $1,527.23 | $1,527.23 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Murphy & King, Professional Corporation | 7100-000 | NA | $4,034.21 | $4,034.21 | $0.00 |
| 2 | Duane Morris LLP | 7100-000 | NA | $2,752,868.11 | $2,752,868.11 | $0.00 |
| 3U | Massachusetts Department of Revenue | 7100-000 | NA | $606.10 | $606.10 | $0.00 |
| 3su | Massachusetts Department of Revenue | 7300-000 | NA | $647.52 | $647.52 | $0.00 |
| 4 | Michael Kopczynski | 7100-000 | NA | $235,666.00 | $235,666.00 | $0.00 |
| 5 | Colin Brenan | 7100-000 | NA | $150,893.00 | $150,893.00 | $0.00 |
| 6 | HiFiBio (HK) Limited | 7100-000 | NA | $107,210.26 | $107,210.26 | $0.00 |
| 7 | Dew Drop Investments | 7100-000 | NA | $75,122.00 | $75,122.00 | $0.00 |
| 8 | Kevin Scanlon | 7100-000 | NA | $24,500.00 | $24,500.00 | $0.00 |
| 9 | President & Fellows of Harvard College | 7100-000 | NA | $1,539,885.16 | $1,539,885.16 | $0.00 |
| 10 | 10x Genomics, Inc. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | Ademtech SA | 7100-000 | $455.00 | NA | NA | NA |
| N/F | Berlin CH Kilger | 7100-000 | $96,310.00 | NA | NA | NA |
| N/F | Bio-Rad Laboratories Inc. 1000 Alfred Nobel Drive Attn: Norm | 7100-000 | $78,750.00 | NA | NA | NA |
| N/F | Colin Brenan | 7100-000 | $147,935.00 | NA | NA | NA |
| N/F | Colin Brenan | 7100-000 | $2,958.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Dew Drop Investments 213 Green Road Attn: David Weitz | 7100-000 | $75,122.00 | NA | NA | NA |
| N/F | Duane Morris, LLP 100 High Street, Suite 2400 Attn: Rosemary | 7100-000 | $2,676,401.00 | NA | NA | NA |
| N/F | FlowJem PO Box 1422 Attn: Accounts receivable | 7100-000 | $920.00 | NA | NA | NA |
| N/F | Harvard University Office of Technology Smith Campus Center, | 7100-000 | $139,199.00 | NA | NA | NA |
| N/F | HiFiBIO Therapeutics, Inc. 237 Putnam Avenue Attn: Jeff He | 7100-000 | $52,500.00 | NA | NA | NA |
| N/F | Insource Services 148 Linden Street Attn: Accounts Receivabl | 7100-000 | $629.00 | NA | NA | NA |
| N/F | Kevin Scanlon | 7100-000 | $24,500.00 | NA | NA | NA |
| N/F | Mercury Business Services 61 Batterymarch Street Attn: Accou | 7100-000 | $4,020.00 | NA | NA | NA |
| N/F | Mike Kopczynski | 7100-000 | $262,020.00 | NA | NA | NA |
| N/F | Modef BV van Maerlantpark13 2902 BR Capelle aanden IJssel At | 7100-000 | $1,868.00 | NA | NA | NA |
| N/F | Murphy & King P.C. 1 Beacon Street 21st Floor Attn: Steven V | 7100-000 | $4,034.00 | NA | NA | NA |
| N/F | One Digital Health 200 Galleria Parkway SE Suite 1950 Attn: | 7100-000 | $675.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$3,568,296.00** | **$4,891,432.36** | **$4,891,432.36** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 21-10179-PJC  
Case Name: 1 CELL BIO INC.  
For Period Ending: 02/07/2022

Trustee Name: (410410) Joseph G. Butler  
Date Filed (f) or Converted (c): 02/16/2021 (f)  
§ 341(a) Meeting Date: 03/25/2021  
Claims Bar Date: 04/27/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | savings Account at Bank of America - balance as of 2/22/21, xxxxxx6443 | 470.27 | 470.27 | | 470.27 | FA |
| 2 | checking Account at Bank of America - balance as of 2/22/21, xxxxxx1845 | 81,680.85 | 81,680.85 | | 81,623.36 | FA |
| 3 | A/R 90 days old or less. Face amount = $83,899.75. Doubtful/Uncollectible accounts = $0.00. | 83,899.75 | 83,899.75 | | 0.00 | FA |
| 4 | US patent application PCT/EP2018/079181; sublicense 1: Bio-Rad Laboratories. | Unknown | 0.00 | | 0.00 | FA |
| 5 | Harvard license 2215; sublicense 1: Bio-Rad Laboratories. | Unknown | 0.00 | | 0.00 | FA |
| 6 | US patent application PCT/US2020/020321; Sublicense 1: Bio-Rad Laboratories. | Unknown | 0.00 | | 0.00 | FA |
| 7 | Harvard license 2915; sublicense 1: Bio-Rad Laboratories; sublicense 2: HiFiBiO Therapeutics Ltd.. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | NOL - negative value (-3,591,805.00), Tax Year 2017-2019 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Directors and Officers insurance policies | 7,451.00 | 7,451.00 | | 0.00 | FA |
| 10 | 1 Cell Bio Inc., Harvard University v. 10X Genomics. Amount Requested: $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 11 | OTHER PROPERTY, Refunds (u) | 0.00 | 1,264.61 | | 1,264.61 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$173,501.87** | **$174,766.48** | | **$83,358.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 11/12/2021      **Current Projected Date Of Final Report (TFR):** 11/05/2021 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 21-10179-PJC | Trustee Name: | Joseph G. Butler (410410) |
|---|---|---|---|
| Case Name: | 1 CELL BIO INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9209 | Account #: | ******3021 Checking |
| For Period Ending: | 02/07/2022 | Blanket Bond (per case limit): | $40,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/17/21 | | 1 CELL BIO INC. | Bank accounts | | 82,093.63 | | 82,093.63 |
| | {1} | | Savings account $470.27 | 1129-000 | | | |
| | {2} | | Checking Account $81,623.36 | 1129-000 | | | |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 57.01 | 82,036.62 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 131.48 | 81,905.14 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 122.51 | 81,782.63 |
| 06/03/21 | {11} | American Express Travel Related Services | Refund, account ending 91006 | 1229-000 | 917.73 | | 82,700.36 |
| 06/03/21 | {11} | NStar Electric East dba Eversource Energy | Reund, Account ending 20081 | 1229-000 | 346.88 | | 83,047.24 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.93 | 82,901.31 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.86 | 82,768.45 |
| 08/09/21 | 101 | International Sureties, Ltd. | Bond no 016227841 | 2300-000 | | 39.21 | 82,729.24 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 141.45 | 82,587.79 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.36 | 82,455.43 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 127.74 | 82,327.69 |
| 01/11/22 | 102 | U.S. Small Business Administration | Distribution payment - Dividend paid at 53.69% of $153,344.18; Claim # 11; Filed: $153,344.18 | 4210-000 | | 82,327.69 | 0.00 |
| | | COLUMN TOTALS | | | 83,358.24 | 83,358.24 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 83,358.24 | 83,358.24 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $83,358.24 | $83,358.24 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 21-10179-PJC | **Trustee Name:** | Joseph G. Butler (410410) |
| **Case Name:** | 1 CELL BIO INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9209 | **Account #:** | ******3021 Checking |
| **For Period Ending:** 02/07/2022 | | **Blanket Bond (per case limit):** | $40,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3021 Checking | $83,358.24 | $83,358.24 | $0.00 |
| | **$83,358.24** | **$83,358.24** | **$0.00** |