# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| IN RE: | Chapter 7 |
|---|---|
| 1 Cell Bio, Inc. | Case No. 21-10179-CJP |
| DEBTOR(S) | |

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT AFTER DISTRIBUTION, DISCHARGING TRUSTEE AND CLOSING CASE

The Trustee's Final Report and Account after Distribution having been submitted by the Trustee to the United States Trustee, along with all cancelled checks and ending bank statement(s) and the same having initially been reviewed by the United States Trustee and filed with the Court without objection:

IT IS HEREBY ORDERED that the Trustee's Final Report and Account after Distribution is APPROVED, and further, that the Trustee is hereby discharged from his duties herein as trustee.

IT IS FURTHER ORDERED that this proceeding is closed pursuant to 11 U.S.C. §350(a) and FRPB 5009.

DATED: 2/9/2022

**United States Bankruptcy Judge**